# Exhibit A

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001948517 / 2014-01-23

Application Title: Big Appetites: Tiny People in a World of Big Food.

Title:             Big Appetites: Tiny People in a World of Big Food.

Description:       Book.

Copyright Claimant:
                   Christopher Boffoli.

Date of Creation:  2013

Date of Publication:
                   2013-09-11

Nation of First Publication:
                   United States

Authorship on Application:
                   Christopher Boffoli; Domicile: United States; Citizenship:
                      United States. Authorship: text, photograph(s)

Rights and Permissions:
                   Jodi A Donovan, Workman Publishing Co., Inc., 225 Varick
                      Street, New York, NY, 10014-4381, United States, (212)
                      614-7762, (212) 259-5900, jodi@workman.com

Copyright Note:    C.O. correspondence.

Names:             Boffoli, Christopher
```

================================================================================

```
Type of Work:      Visual Material

Registration Number / Date:
                   VAu001106484 / 2011-06-13

Application Title: Disparity Series.

Title:             Disparity Series.

Description:       CD/DVD of photos.

Copyright Claimant:
                   Christopher Boffoli, 1969-   .

Date of Creation:  2011

Authorship on Application:
                   Christopher Boffoli, 1969-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: photograph(s)

Rights and Permissions:
                   Christopher John Boffoli, 4508 41st Ave SW, Seattle, WA,
                      98116, United States, (646) 283-2982,
                      cjboffoli@gmail.com

Copyright Note:    C.O. correspondence.

Names:             Boffoli, Christopher, 1969-

===============================================================================
```

```
Type of Work:      Visual Material

Registration Number / Date:
                   VAu001148370 / 2013-08-03

Application Title: Big Appetites.

Title:             Big Appetites.

Description:       Electronic file (eService)

Copyright Claimant:
                   Christopher Boffoli.

Date of Creation:  2013

Authorship on Application:
                   Christopher John Boffoli, 1969-  ;  Domicile: United
                      States; Citizenship: United States. Authorship:
                      photograph(s)

Rights and Permissions:
                   Christopher Boffoli, Big Appetites Studio, 4508 41ST AVE
                      SW, SEATTLE, WA, 98116, United States, (206) 552-9797,
                      cjboffoli@gmail.com

Names:             Boffoli, Christopher John, 1969-
                   Boffoli, Christopher

==============================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VAu001198948 / 2015-01-08

Application Title: Big Appetites (continuing work)

Title:              Big Appetites (continuing work)

Description:        Electronic file (eService)

Copyright Claimant:
                    Christopher Boffoli.

Date of Creation:   2014

Nation of First Publication:
                    United States

Authorship on Application:
                    Christopher John Boffoli, 1969-  ;  Domicile: United
                        States; Citizenship: United States. Authorship:
                        photograph(s)

Pre-existing Material:
                    6 photographs previously published.

Basis of Claim:     Orignal unpublished photos.

Rights and Permissions:
                    Christopher Boffoli, Big Appetites Studio, 4508 41st Ave
                        SW, Seattle, WA, 98116, United States, (206) 552-9797,
                        hello@bigappetites.net

Copyright Note:     C.O. correspondence.

Names:              Boffoli, Christopher John, 1969-
                    Boffoli, Christopher

================================================================================
```